UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D1, JOHN COOK,

   Defendant.

_____/

Case No. 10-cr-20667-1
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION (ECF No. 423.)

On January 10, 2018, Defendant John Cook filed a Motion for Reduction of Sentence. (*See* Mot., ECF No. 406.) On November 3, 2020, this Court ordered Cook to show cause why his motion should not be denied. (*See* Show Cause Order, ECF No. 422.) On November 18, 2020, Cook requested an extension to respond to the Court's show cause order. (*See* ECF No. 423.) The extension request is **GRANTED.** Cook shall file his written response to the order to show cause by **March 15, 2021.**

   **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2020

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic means and/or ordinary mail.

             s/Holly A. Monda
             Case Manager
             (810) 341-9764