UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 10-cr-20667
v.                                              Hon. Matthew F. Leitman

JOHN COOK,

    Defendant.

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO APPOINT COUNSEL (ECF No. 419) AND MOTION TO REDUCE SENTENCE (ECF No. 420) AS MOOT

Defendant John Cook is federal prisoner who is currently incarcerated at FCI Bennettsville in Bennettsville, South Carolina.  On August 19, 2019, Cook filed a motion for the appointment of counsel. (*See* Mot., ECF No. 419.)  On July 9, 2020, Cook filed a motion to reduce his sentence. (*See* Mot., ECF No. 420.)  Since Cook has filed these motions, he has retained counsel, and that counsel has filed a motion to reduce Cook's sentence. (*See* Mot., ECF No. 428.)  Accordingly, because Cook has retained counsel and has filed a new motion to reduce his sentence, the Court will **TERMINATE** his previously-filed motions (ECF Nos. 419, 420) as moot.

    **IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
Dated: February 19, 2021               UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
