UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 10-cr-20667
Hon. Matthew F. Leitman

v.

JOHN COOK,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 428)

On February 10, 2021, Defendant John Cook filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 428.)  The Court held video hearings on Castro's motion on March 30, 2021, and June 17, 2021. (*See* Notices of Hearing, ECF Nos. 436, 442.)  For the reasons explained on the record during the June 17, 2021, hearing, Cook's motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
