UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 10-cr-20667
Hon. Matthew F. Leitman

v.

JOHN COOK,

    Defendant.
_____/

# AMENDED ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 428)[1]

On February 10, 2021, Defendant John Cook filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 428.) The Court held video hearings on Cook's motion on March 30, 2021, and June 17, 2021. (*See* Notices of Hearing, ECF Nos. 436, 442.) For the reasons explained on the record during the June 17, 2021, hearing, Cook's motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2021

---

[1] This Amended Order corrects a typographical error in the Court's initial Order. (*See* Order, ECF No. 444.) It contains no substantive changes from that Order.

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2021, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                    Case Manager
                                                    (810) 341-9764