UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                               Case No. 10-cr-20667-1
                                               Hon. Matthew F. Leitman

D1, JOHN COOK, *et al.*,

    Defendants.

_____/

## ORDER DENYING DEFENDANT JOHN COOK'S SECOND REQUEST FOR CLARIFICATION OF JUDGMENT (ECF No. 460)

    Now before the Court is a request by Defendant John Cook that the Court issue an Amended Judgment in order to ensure that Cook is properly credited for time served in federal custody prior to sentencing. The request is **DENIED** for the reasons stated in the Government's response (*see* ECF No. 462). As the Government properly notes, Cook has not shown that he has exhausted his administrative remedies within the Bureau of Prisons, and, moreover, he must challenge the calculation of sentencing credits in a motion under 28 U.S.C. 2241 in the district in which he is confined, not in this Court.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: May 21, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2024, by electronic means and/or ordinary mail.

                                    s/Holly A. Ryan
                                    Case Manager
                                    (313) 234-5126